Sonney Amusement Enterprises, Inc., Appellee, v. Astor Entertainment Company, Inc., and Dwain Esper, Defendants.

Appeal of Dwain Esper, Appellant.

Gen. No. 45,026.

Jacobson, Nierman & Silbert, for appellant; Sidney C. Nierman and David Silbert, of counsel; William E. Roderiguez, for appellee; Richard P. Garrett, of counsel. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed January 11, 1950; released for publication January 24, 1950.

